UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROOSEVELT TRUVILLION,

Plaintiff,

v.

KING ELECTRIC MANUFACTURING CO.,

Defendant.

NO. C19-2071RSL

ORDER REFERRING MOTION TO APPOINT COUNSEL TO THE SCREENING COMMITTEE

This matter comes before the Court on plaintiff's "Application for Court-Appointed Counsel in Title VII Action." Dkt. # 8. Mr. Truvillion is proceeding *pro se* and *in forma pauperis*. The Court has discretion to request a court-appointed attorney on Mr. Truvillion's behalf, see 28 U.S.C. § 1915(e)(1), and this District has implemented a plan for court-appointed representation of civil rights litigants. The plan requires the Court to assess a plaintiff's case before forwarding a request for counsel to the Pro Bono Screening Committee for further review and possible appointment of pro bono counsel. See General Order, August 1, 2010, Section 3(c). In its initial assessment, the Court evaluates the case to ensure that the claims are not frivolous and that the plaintiff is financially eligible. Id. Mr. Truvillion's submissions satisfy these criteria.

The Clerk of Court is therefore directed to forward to the Screening Committee Mr. Truvillion's complaint (Dkt. # 4), his motion for court-appointed counsel (Dkt. # 8), and a copy

ORDER REFERRING MOTION TO
APPOINT COUNSEL TO THE
SCREENING COMMITTEE - 1

of this order for review and recommendation in accordance with the District's pro bono plan. The Clerk of Court is also directed to renote Mr. Truvillion's motion for appointment of counsel on the Court's calendar for Friday, May 8, 2020, to give the Screening Committee time to make its recommendation.

Dated this 16th day of March, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REFERRING MOTION TO
APPOINT COUNSEL TO THE
SCREENING COMMITTEE - 2