UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROOSEVELT TRUVILLION,

             Plaintiff,

        v.

KING ELECTRIC MANUFACTURING
CO.,

             Defendant.

NO. C19-2071RSL

ORDER GRANTING MOTION TO
APPOINT COUNSEL

      This matter comes before the Court on plaintiff's "Application for Court-Appointed

Counsel in Title VII Action." Dkt. # 8. Mr. Truvillion is proceeding *pro se* and *in forma*

*pauperis*. The Court has discretion to request a court-appointed attorney on Mr. Truvillion's

behalf, see 28 U.S.C. § 1915(e)(1), and this District has implemented a plan for court-appointed

representation of civil rights litigants. Pursuant to the plan, the Court reviewed plaintiff's request

for counsel and forwarded it to the Pro Bono Screening Committee for further review. See

General Order, August 1, 2010, Section 3(c). The Screening Committee agrees that appointment

of counsel in this case is appropriate.



//

ORDER GRANTING MOTION TO
APPOINT COUNSEL - 1

1    Plaintiff's motion is therefore GRANTED. The Pro Bono Coordinator is directed to seek

2  a volunteer from the panel.

3

4

      Dated this 31st day of March, 2020.

5

6                                          _MMr S Lasnik_
                                           Robert S. Lasnik
7                                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

   ORDER GRANTING MOTION TO
28 APPOINT COUNSEL - 2