UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROOSEVELT TRUVILLION,<br><br>Plaintiff,<br><br>v.<br><br>KING ELECTRIC MANUFACTURING CO.,<br><br>Defendant. | NO. C19-2071RSL<br><br>ORDER APPOINTING COUNSEL |

The Court hereby appoints Denise Ashbaugh of Arete Law Group, 1218 Third Avenue, Suite 2100, Seattle, WA 98101, (206) 428-3250, dashbaugh@aretelaw.com, as counsel for plaintiff pursuant to the "Plan and Rules of the United States District Court for the Western District of Washington at Seattle for the Representation of Pro Se Litigants." Counsel shall enter her appearance within ten days of the date of this Order. If counsel is unable for a reason set forth in the Plan and Rules to assume this representation, notice of the reason and a request for relief from appointment shall be given as soon as practicable.

In the event respondent prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court is unable to assure counsel of compensation, however.

ORDER APPOINTING COUNSEL - 1

The Clerk is directed to send a copy of this Order to plaintiff and to Ms. Ashbaugh.

Dated this 8th day of April, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER APPOINTING COUNSEL - 2