UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROOSEVELT TRUVILLION,

              Plaintiff,

    v.

KING ELECTRICAL MANUFACTURING COMPANY,

              Defendant.

No. C19-2071RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on January 7, 2020. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than August 13, 2020. The Clerk of Court is directed to note this Show Cause on the Court's calendar for Friday, August 14, 2020.

DATED this 20th day of July, 2020.

_____
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE