UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROOSEVELT TRUVILLION,<br><br>    Plaintiff,<br><br>    v.<br><br>KING ELECTRICAL MANUFACTURING CO.,<br><br>    Defendant. | No. 19-cv-2071 RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO FILE UNDER SEAL** |

    THIS MATTER comes before the Court on the parties Stipulated Motion to File Under Seal. Having consider the motion and all materials submitted in support of the Motion, the Court finds there are compelling reasons to file the documents listed below under seal. This Stipulation is limited as to summary judgment proceedings, and it cannot be used by or against either party as an admission or waiver of any rights outside of the summary judgment proceedings. The parties' Motion to File Under Seal is GRANTED. The Court ORDERS that the following documents shall remain under seal for the purpose of summary judgment proceedings:

ORDER GRANTING
STIPULATED MOTION TO FILE UNDER SEAL
Case No. 19-cv-2071 RSL - Page 1



1. Exhibit 2 to Plaintiff Roosevelt Truvillion's Declaration in Support of Opposition to Motion for Summary Judgment; and

2. Exhibit 3 to Plaintiff Roosevelt Truvillion's Declaration in Support of Opposition to Motion for Summary Judgment.

DATED this 22nd of December, 2021.

*[signature]*
The Honorable Robert S. Lasnik
United States District Judge

*Presented by*:
**ARETE LAW GROUP PLLC**

By: */s/ Denise L. Ashbaugh*
Denise L. Ashbaugh, WSBA No. 28512
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
dashbaugh@aretelaw.com
jroller@aretelaw.com

*Attorneys for Plaintiff*

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ David W. Silke*
David W. Silke, WSBA No. 23761
Robert L. Gillette, II, WSBA No. 44212
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax:    (206) 689-2822
dsilke@grsm.com
rgillette@grsm.com

*Attorneys for Defendant*

ORDER GRANTING
STIPULATED MOTION TO FILE UNDER SEAL
Case No. 19-cv-2071 RSL - Page 2


ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250