UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROOSEVELT TRUVILLION,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>KING ELECTRICAL MANUFACTURING CO.<br><br>　　　　　　　　Defendant. | NO. 2:19-cv-02071-RSL<br><br>STIPULATION AND ORDER TO AMEND ORDER OF DISMISSAL DKT. 54 TO WITH PREJUDICE AND WITHOUT COSTS |

The parties, through undersigned counsel, hereby jointly stipulate and agree to a request the Court amend its Order of Dismissal entered on January 28, 2022 [Dkt 54] to dismiss this matter WITH PREJUDICE and WITHOUT COSTS OR FEES to either party.

Presented this 1st day of March, 2022.

| | |
|---|---|
| ARETE LAW GROUP, PLLC | GORDON REESE SCULLY MANSUKHANI, LLP |
| By:  */s/ Denise L. Ashbaugh*<br>Denise L. Ashbaugh, WSBA #28512<br>dashbaugh@aretelaw.com<br>1218 Third Avenue, Suite 2100<br>Seattle, Washington 98101<br>*Attorneys for Roosevelt Truvillion* | By:  */s/ Robert L. Gillette, II*<br>David W. Silke, WSBA #23761<br>Robert L. Gillette, II, WSBA # 44212<br>dsilke@grsm.com<br>rgillette@grsm.com<br>701 5th Ave. #2100<br>*Attorneys for King Electrical Manufacturing Co* |

.

STIPULATION AND ORDER AMENDING
COURT'S ORDER  -1

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

**ORDER**

Pursuant to the Stipulation of the parties, it is hereby ordered that the Court's Order of Dismissal entered on January 28, 2022 [Dkt 54] is amended to a dismissal WITH PREJUDICE and WITHOUT COSTS OR FEES to either Party.

Dated this 2nd day of March, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER AMENDING
COURT'S ORDER  -2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822